IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DUJUAN J.,[1] | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cv-614-DWD |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

**DUGAN, District Judge:**

This matter is before the Court on Plaintiff's Motion for Attorney Fees (Doc. 30), brought pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Plaintiff seeks an award of attorney's fees in the amount of **$4,012.50** and **$0.00** for costs. Defendant has responded that he has no objection to the Motion (*See* Doc. 31).

Pursuant to the EAJA, the Court shall award attorney's fees and expenses to a prevailing party in a civil action against the United States, including proceedings for judicial review of agency action, unless the government's position was substantially justified or that special circumstances make an award unjust. *See* 28 U.S.C. § 2412(d)(1)(A). The hourly rate for attorney's fees is not to exceed $125.00 per hour unless the Court determines that certain circumstances in Section 2412(d)(2)(A) exist, and which are not present here. *See* 28 U.S.C. § 2412(d)(2)(A).

---

[1] In keeping with the Court's practice, Plaintiff's full name will not be used in this Memorandum and Order due to privacy concerns. *See* Fed. R. Civ. P. 5.2(c) and the Advisory Committee Notes thereto.

On July 27, 2021, this case was remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) (*See* Doc. 28).  The Court **FINDS** that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the EAJA.  *See* 28 U.S.C. § 2412(d)(1)(B).  The Court further **FINDS** that the agreed upon amount is reasonable and appropriate.

Plaintiff's Motion for Attorney Fees (Doc. 30) is **GRANTED**.  The Court awards Plaintiff attorney's fees in the amount of **$4,012.50** and costs in the amount of **$0.00**.

This award shall fully and completely satisfy any and all claims for attorney fees, costs, and expenses that may be payable to Plaintiff in this matter pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  The amount awarded is payable to Plaintiff and is subject to set-off for any pre-existing debt owed by Plaintiff to the United States, per *Astrue v. Ratliff*, 560 U.S. 586 (2010).  *See also*, *Harrington v. Berryhill*, 906 F.3d 561 (7th Cir. 2018).  However, any part of the award that is not subject to set-off to pay Plaintiff's pre-existing debt to the United States shall be made payable to Plaintiff's attorney pursuant to the EAJA assignment executed by Plaintiff and attached to the Motion.

**SO ORDERED.**

Dated:  September 27, 2021

_____
DAVID W. DUGAN
United States District Judge